UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-424-FL1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MARK BASS | |

On motion of the Defendant, Mark Bass, and for good cause shown, it is hereby ORDERED that DE 37 be sealed until further notice by this Court.

IT IS SO ORDERED.

This  15th  day of May, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge