UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00424-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| MARK BASS | : | |

Before the Court is the United States' motion to file Docket Entry Number 43 and its accompanying exhibits under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in the United States' motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 43 and its accompanying exhibits shall be filed under seal.

SO ORDERED. This __15th__ day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge